In the Matter of the Application of the TRANSIT CONSTRUCTION COMMISSIONER for the Appointment of Three Commissioners, etc. Modification

of Fourteenth Street — Eastern Line. Route No. 68.— Motion denied, without costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.